**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**BARBARA ILLES,**

    **Plaintiff,**

**v.**                                       **Case No.: 8:17-cv-01437-EAK-AEP**

**BLUESTEM BRANDS, INC. d/b/a**
**FINGERHUT,**

    **Defendant.**
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

    **COME NOW**, Plaintiff, **BARBARA ILLES** ("Plaintiff"), and Defendant, **BLUESTEM BRANDS, INC. d/b/a FINGERHUT** ("Defendant"), by and through the undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41 and agree that Plaintiff's cause against Defendant should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted this **June 18, 2018**,

| | |
|---|---|
| */s/ Kaelyn Steinkraus* | /s/ *Ailen Cruz* |
| Kaelyn Steinkraus, Esq. | Ailen Cruz |
| Florida Bar No. 125132 | Florida Bar No.105826 |
| Michael A. Ziegler, Esq. | acruz@wiandlaw.com |
| Florida Bar No. 74864 | Kimberly A. Koves |
| Law Office of Michael A. Ziegler, P.L. | Florida Bar No. 100282 |
| 13575 58th Street North, Ste. 129 | kkoves@wiandlaw.com |
| Clearwater, FL 33760 | WIAND GUERRA KING P.A. |
| (p) (727) 538-4188 | 5505 W. Gray Street |
| (f) (727) 362-4778 | Tampa, FL 33609 |
| mike@zieglerlawoffice.com | Phone: (813) 347-5100 |
| kaelyn@zieglerlawoffice.com | Fax: (813) 347-5198 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this **18th** day of **June, 2018**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

>*/s/ Kaelyn Steinkraus*
>Kaelyn Steinkraus, Esq.
>Florida Bar No. 125132